# The Law Office of Michael Brannigan P.A.

1511 North Westshore Blvd., Suite 650, Tampa, Florida 33607
Office: 352-796-2540•Fax: 352-608-9700

February 28th, 2024

Cigna Appeals Processing
Senior Representative
Cigna Global Health Benefits
Attn: Legal Department
Fax Number: 877-815-4827

Cigna Appeals Unit
Attn: Legal Department
P.O. Box 188011
Chattanooga, TN 37422-8011

**Re: Theft of Services – Florida Statutes, Ch. 772.11(1) Pre-suit Demand for Treble Damages**

To Whom It May Concern:

On June 10th, 2022, Worldwide Aircraft Services, Inc., d/b/a Jet ICU, provided emergency care services to your insured ▆▆▆▆▆ This was for emergency air and ground ambulance transportation as set forth in Cigna's claim number ▆▆▆▆▆.

The transport of the patient consisted of three stages with the first being the transport of the patient via ALS ground ambulance, from the discharging facility to the awaiting jet aircraft. Next, the patient was flown back to the U.S. Finally, upon arrival in Tampa, Florida, the patient was transported once again via ALS ground ambulance for emergency admission into the ▆▆▆▆▆ for the necessary higher level of care and treatment.

Under contract, state and/or federal law, as the patient's health plan, Cigna was obligated to cover and/or provide or arrange for the patient's emergency care services including ambulance and air ambulance services. Jet ICU provided those critical and necessary services to your insured in the patient's time of need, with Cigna's actual and/or constructive knowledge, to your benefit. This is demonstrated by Cigna's small, partial payment of the ground ambulance portions of the transport. To date, there has been NO payment on the air ambulance portion of the claim. Cigna has retained the value of Jet ICU's ground and air ambulance services without reimbursing Jet ICU for the reasonable and customary rates for the value of its services.

Jet ICU filed a claim as a non-contracted provider for the reasonable value of its services, totaling $418,511.00. The air ambulance portion of the claim in the amount of $401,379.00 remains unpaid. A small, partial payment in the amount of $2,003.44 was paid on the ground portions of the claim, leaving a balance due and owing for grounds in the amount of $15,128.56. The unpaid air and ground ambulance portions of the claim brings the total due and owing to my Client in the amount of $416,507.56.

The above facts demonstrate the theft of Jet ICU's services under Florida law. See, FL. Stat. §§772.11, 812.012-812.037. Cigna accepted the benefit of Jet ICU's services to your insured, without any intention to adequately reimburse Jet ICU for its work. Simply put, Cigna stole services from Jet ICU.

**Pursuant to §772.11(1), demand is hereby made for the sum of $1,249,522.68 (the value of services multiplied by statutory treble damages).** Your failure to comply with this demand within 30 days may result in the filing of a lawsuit seeking this amount as damages together with attorney's fees and costs.

Kind Regards,

Michael Brannigan
Florida Bar No.: 0075256
Attorney for Jet ICU
MichaelBrannigan@JetICU.com