## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JET ICU, a Florida corporation,**

*Plaintiff,*

vs.

**CIGNA GLOBAL INSURANCE COMPANY LIMITED**

*Defendant.*

_____/

Case No.: 8:24-cv-01604-WFJ-CPT

Judge: Hon. William F. Jung

## NOTICE OF APPEAL

WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JETICU, by and through their undersigned counsel, hereby file this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit, the (1) Order granting CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a corporation, a/k/a CIGNA's Motion to Dismiss Plaintiff's Amended Complaint filed September 9, 2024 (Dkt. 18), and the (2) Order entered granting CIGNA GLOBAL INSURANCE COMPANY LIMITED's Motion to Dismiss Plaintiff's Third Amended Complaint filed February 13, 2025 (Dkt. 40).

**(INTENTIONALLY LEFT BLANK)**

Respectfully submitted on March 10, 2025

*[signature]*

Michael Brannigan, Esq.
The Law Office of Michael Brannigan
P.A. Florida Bar No. 0075256
1511 N. Westshore Blvd., Ste 650,
Tampa, FL 33607
Michael.Brannigan@jeticu.com
legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was provided by email to: Shari Gerson, Esq., (Shari.gerson@gray-robinson.com, Johneeka.simpson@gray-robinson.com,) Gray Robinson, P.A., 401 East Las Olas Blvd, Suite 1000, Ft. Lauderdale, FL 33301, *Attorney for Defendant* on March 10, 2025.

Michael Brannigan, Esq.
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
Michael.Brannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)
*Attorney for Plaintiff*