**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10774

_____

WORLDWIDE AIRCRAFT SERVICES, INC.,
a Florida Corporation,
d.b.a. Jet ICU,

                      *Plaintiff-Appellant,*

versus

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
a Corporation, a.k.a.Cigna,

                       *Defendant,*

CIGNA GLOBAL INSURANCE COMPANY LIMITED,

                      *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01604-WFJ-CPT

_____

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

| 2 | Opinion of the Court | 25-10774 |

PER CURIAM:

Worldwide Aircraft Services, Inc., doing business as Jet ICU, appeals orders of the district court dismissing its claims against Cigna Global Insurance Company Limited with prejudice. We review the grant of a motion to dismiss *de novo*. *Watts v. Joggers Run Prop. Owners Ass'n, Inc.*, 133 F.4th 1032, 1038–39 (11th Cir. 2025). We also review questions of preemption *de novo*. *Aspen Am. Ins. Co. v. Landstar Ranger, Inc.*, 65 F.4th 1261, 1265 (11th Cir. 2023). In two well-reasoned orders, the district court dismissed Jet ICU's claims as preempted by the Airline Deregulation Act, 49 U.S.C. § 41713(b)(1). *See Worldwide Aircraft Servs. Inc. v. Conn. Gen. Life Ins. Co.*, 749 F. Supp. 3d 1204 (M.D. Fla. 2024); *Worldwide Aircraft Servs. Inc. v. Conn. Gen. Life Ins. Co.*, No. 8:24-cv-01604, 2025 WL 487642 (M.D. Fla. Feb. 13, 2025). After careful review of the record, and with the benefit of oral argument, we find no error in the district court's conclusions. Accordingly, we affirm.

**AFFIRMED.**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-10774-EE
Case Style: Worldwide Aircraft Services, Inc. v. Connecticut General Life Insurance Company, et al
District Court Docket No: 8:24-cv-01604-WFJ-CPT

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion